UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Case No.: 16-01602
Chapter 7

Diana Marie Foley

_____Debtor(s)_____/

**REPORT OF SALE**

NOTICE IS GIVEN THAT on or about March 27, 2017, the sale of the estate's interest in the following described items were sold for a total of $190,000.00 to Shane Michael Wright and Brittany Jean Wright. The sale was completed pursuant to the Motion to Sell Property Free and Clear of Liens dated January 12, 2017 (doc. #39) and Order Granting Motion to Sell Free and Clear of Liens, Encumbrances and Interests dated February 07, 2017 (doc #49).
902 Nele Avenue NE, Palm Bay, FL 32907

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing notice has been sent by electronic filing to the United States Trustee's Office, this March 30, 2017.

/s/ Arvind Mahendru, Trustee
Arvind Mahendru, Esq.
5703 Red Bug Lake Road #284
Winter Springs, Florida 32708
Telephone (407) 504-2462