# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | |
|---|---|
| In Re: § <br> § <br> Diana Marie Foley § <br> § <br> Debtor § | Case No. 6:16-bk-01602-CCJ |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ARVIND MAHENDRU, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 1,300.00　　　　　　　　　Assets Exempt: 3,367.73
*(Without deducting any secured claims)*

Total Distributions to Claimants: 167,000.60　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　Without Payment: 331,173.96

Total Expenses of Administration: 22,999.40

---

3) Total gross receipts of $ 190,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 190,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 249,561.77 | $ 163,884.21 | $ 163,884.21 | $ 163,884.21 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 22,999.40 | 22,999.40 | 22,999.40 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 81,612.19 | 3,111.64 | 3,111.64 | 3,116.39 |
| **TOTAL DISBURSEMENTS** | $ 331,173.96 | $ 189,995.25 | $ 189,995.25 | $ 190,000.00 |

4) This case was originally filed under chapter 7 on 03/10/2016 . The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/31/2018           By:/s/ARVIND MAHENDRU
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 902 Nele Avenue Ne<br>Palm Bay Fl 32907-0000 Brevard | 1110-000 | 190,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$190,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Deutsche Bank, c/o Elizabeth R. Wellborn PA 350 Jim Moran Blvd. Ste 100 Deerfield Beach, FL 33442 | | 249,561.77 | NA | NA | 0.00 |
| | Boston National Title Agency LLC | 4110-000 | NA | 163,884.21 | 163,884.21 | 163,884.21 |
| **TOTAL SECURED CLAIMS** | | | **$ 249,561.77** | **$ 163,884.21** | **$ 163,884.21** | **$ 163,884.21** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Arvind Mahendru | 2100-000 | NA | 1,770.00 | 1,770.00 | 1,770.00 |
| Arvind Mahendru | 2200-000 | NA | 124.77 | 124.77 | 124.77 |
| Boston National Title Agency LLC | 2500-000 | NA | 15,915.79 | 15,915.79 | 15,915.79 |
| Richard M Dauval | 3110-000 | NA | 4,411.00 | 4,411.00 | 4,411.00 |
| Richard M Dauval | 3120-000 | NA | 264.14 | 264.14 | 264.14 |
| Steve M. Vanderwilt, CPA | 3310-000 | NA | 499.00 | 499.00 | 499.00 |
| Steve M. Vanderwilt, CPA | 3320-000 | NA | 14.70 | 14.70 | 14.70 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 22,999.40 | $ 22,999.40 | $ 22,999.40 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  |  |  | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS |  |  | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Afni, Inc., 1310 Martin Luther King Dr Po Box 3517 Bloomington, IL 61702 |  | 1,279.82 | NA | NA | 0.00 |
|  | APV Coll, PO Box 560063 Rockledge, FL 32956 |  | 87.00 | NA | NA | 0.00 |
|  | Asset Accpetance LLC, PO Box 2036 Warren, MI 48090 |  | 23,923.40 | NA | NA | 0.00 |
|  | Bank of America NA, Zakheim & Assoc. PA 5310 Northwest 33rd Ave Suite 100 Fort Lauderdale, FL 33309 |  | 3,091.81 | NA | NA | 0.00 |
|  | Brighthouse Networks, PO Box 802068 Dallas, TX 75380 |  | 548.00 | NA | NA | 0.00 |
|  | Capital One, 698 1/2 South Ogden St Buffalo, NY 14206 |  | 212.92 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Family Mobile, PO Box 629026 El Dorado Hills, CA 95762 | | 86.75 | NA | NA | 0.00 |
| | GE Capital Retail Bank, 120 Corporate Blvd. Norfolk, VA 23502 | | 3,019.04 | NA | NA | 0.00 |
| | General Electric, Capital Retail Bank 8014 Bayberry Road Jacksonville, FL 32256 | | 3,019.04 | NA | NA | 0.00 |
| | Portfolio Rec Svc, PO Box 1219 Norfolk, VA 23541 | | 14,012.90 | NA | NA | 0.00 |
| | Portfolio Recovery Assoc, PO Box 12914 Norfolk, VA 23541 | | 10,412.47 | NA | NA | 0.00 |
| | Portfolio Recovery Svc, 120 Corporate Blvd Norfolk, VA 23502 | | 3,019.00 | NA | NA | 0.00 |
| | Premium Asset Recovery Corp, c/o Russell Law Firm PA PO Box 1868 Boca Raton, FL 33429 | | 15,727.34 | NA | NA | 0.00 |
| | RJM Acquisitions LLC, 575 Underhill Blvd Ste 224 Syosset, NY 11791 | | 359.70 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sams Club/SYNCB, PO Box 965036 Orlando, FL 32896 | | 2,472.00 | NA | NA | 0.00 |
| | Space Coast Credit Union, 8045 N. Wickham Road Melbourne, FL 32940 | | 134.00 | NA | NA | 0.00 |
| | Synchrony/JC Penney, PO Box 965007 Orlando, FL 32896 | | 207.00 | NA | NA | 0.00 |
| 2 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 3,019.04 | 3,019.04 | 3,019.04 |
| 1 | T Mobile/T-Mobile Usa Inc | 7100-000 | NA | 92.60 | 92.60 | 92.60 |
| | Portfolio Recovery Associates, Llc | 7990-000 | NA | NA | NA | 4.61 |
| | T Mobile/T-Mobile Usa Inc | 7990-000 | NA | NA | NA | 0.14 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 81,612.19 | $ 3,111.64 | $ 3,111.64 | $ 3,116.39 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 16-01602 | CCJ | Judge: | Cynthia C. Jackson | Trustee Name: | ARVIND MAHENDRU |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Diana Marie Foley | | | | Date Filed (f) or Converted (c): | 03/10/2016 (f) |
| | | | | | 341(a) Meeting Date: | 04/19/2016 |
| For Period Ending: | 07/31/2018 | | | | Claims Bar Date: | 07/03/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 902 Nele Avenue Ne Palm Bay Fl 32907-0000 Brevard | 235,000.00 | 235,000.00 | | 190,000.00 | FA |
| 2. 1995 Nissan Pickup Mileage: 275K Vin#1N6s011s6sc437057 -Base | 800.00 | 800.00 | OA | 0.00 | FA |
| 3. 1996 Dodge Neon Mileage: 225K Vin#1B3es26c140568142 | 1,000.00 | 1,000.00 | OA | 0.00 | FA |
| 4. 2000 Buick Lesabre Custom Mileage: 235K Vin#1G4hd454k8y02772 | 500.00 | 500.00 | OA | 0.00 | FA |
| 5. 2008 Chyrsler Sebring Convertible 2D Mileage: 152K Vin#1C3lc | 1,500.00 | 1,500.00 | OA | 0.00 | FA |
| 6. Misc. Household Goods And Furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 7. 32" Tv; Cell Phone, Old 8-Track Stereo | 200.00 | 0.00 | | 0.00 | FA |
| 8. Misc. Clothes And Shoes | 50.00 | 0.00 | | 0.00 | FA |
| 9. Wedding Band; Costume Jewelry | 35.00 | 0.00 | | 0.00 | FA |
| 10. Cash On Hand | 50.00 | 0.00 | | 0.00 | FA |
| 11. Pnc Bank #4173 - Joint With Former Husband, Mark Meisenzahl. | 32.73 | 0.00 | | 0.00 | FA |
| 12. Debtor Will Not Be Receiving A Tax Refund For 2015. | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $239,667.73 | $238,800.00 | | $190,000.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Asset #1-902 Nele Avenue Ne, Palm Bay Fl 32907

Exhibit 8

5/2/16-Application to Employ BK Global and Kerwin Williams as real estate agent
5/4/16-Order Approving Application to Employ/Retain BK Global Real Estate Svcs, and Wm Paul Henderson as Broker and Realtor respectively
5/12/16-Motion to Compel Debtor's cooperation with real estate agent
5/13/16-Application to Employ Richard Dauval as Attorney
5/13/16-Order Approving Application to Employ/Retain Richard M Dauval as Special Counsel for the Trustee
6/2/16-Objection to Deutsche Bank's Motion to Lift the Automatic Stay
6/3/16-Notice and Order Scheduling Preliminary Hearing on Motion for Relief from the Stay by Deutsche Bank National Trust Company
6/9/16-Notice of Hearing on Motion to Compel Debtor's cooperation with real estate agent
7/26/16-Order Granting Motion To Compel Debtor's cooperation with real estate agent
1/12/17-Motion to Sell Property Free and Clear of Liens. Property description: 902 Nele Avenue NE, Palm Bay, FL 32907
1/12/17-Notice of Hearing on Motion to Sell Property Free and Clear of Liens. Property description: 902 Nele Avenue NE, Palm Bay, FL 32907. Filed by Richard M Dauval on behalf of Spec. Counsel Richard M Dauval (related document(s). Hearing scheduled for 2/1/2017 at 11:00 AM at Orlando, FL
1/13/17-Corrective Application for Compensation for BK Global Real Estate Svcs, Realtor, Fee: $11,400.00, Expenses: $0.00.
2/6/17-Order Granting Application For Compensation (Related Doc # ). Fees awarded to BK Global Real Estate Svcs in the amount of $11400.00, expenses awarded: $0.00
2/7/17-Order Granting Motion To Sell Property Free and Clear of Liens
3/30/17- Notice of Assets
3/30/17-Notice of Abandonment of Property
3/30/17-Application to Employ Steven Vanderwilt as accountant
3/30/17-Trustee's Report of Sale 902 Nele Avenue NE, Palm Bay, FL 32907
7/14/17-Application for Compensation for Steven M. Vanderwilt, Accountant, Fee: $499.00, Expenses: $14.70 doc #62
7/18/17-Amended Application for Compensation for Richard M Dauval, Trustee's Attorney, Fee: $5,061.00, Expenses: $264.14 doc #63
12/13/17-Application for Compensation for Arvind Mahendru, Trustee Chapter 7, Fee: $1770.00, Expenses: $124.77
1/22/18-Second Amended Application for Compensation for Richard M Dauval, Trustee's Attorney, Fee: $4,411.00, Expenses: $264.14. doc#65
2/13/18-Notice of Final Report of Trustee and Applications for Compensation (NFR)
4/26/18-Proposed Distribution Report
4/26/18-Order Allowing Administrative Expenses and Directing Disbursement of Funds

Initial Projected Date of Final Report (TFR): 11/15/2017          Current Projected Date of Final Report (TFR): 09/15/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-01602 | Trustee Name: ARVIND MAHENDRU |
| Case Name: Diana Marie Foley | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX1850 |
| | Checking |
| Taxpayer ID No: XX-XXX1796 | Blanket Bond (per case limit): $32,583,498.00 |
| For Period Ending: 07/31/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/27/17 | | Boston National Title Agency LLC | 2/7/17-Order Granting Motion To Sell Property Free and Clear of Liens | | $10,200.00 | | $10,200.00 |
| | | | Gross Receipts  $190,000.00 | | | | |
| | | | County Property Taxes  ($386.20) | 2500-000 | | | |
| | | | Title Closing fee  ($900.00) | 2500-000 | | | |
| | | | Title Owner's Title Insurance  ($215.00) | 2500-000 | | | |
| | | | Real Estate Commission  ($11,400.00) | 2500-000 | | | |
| | | | Transfer Tax  ($1,330.00) | 2500-000 | | | |
| | | | Payoff of first mortgage loan  ($163,884.21) | 4110-000 | | | |
| | | | Lien search  ($210.00) | 2500-000 | | | |
| | | | Reimbursement for additional water payoff  ($40.00) | 2500-000 | | | |
| | | | Waste Management Balance  ($894.83) | 2500-000 | | | |
| | | | Water balance City of Pal Utilities  ($539.76) | 2500-000 | | | |
| | 1 | | 902 Nele Avenue Ne  $190,000.00 Palm Bay Fl 32907-0000 Brevard | 1110-000 | | | |
| 05/09/18 | 101 | Arvind Mahendru 5703 Red Bug Lake Rd. #284 Winter Springs Florida, 32708 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,770.00 | $8,430.00 |
| 05/09/18 | 102 | Arvind Mahendru 5703 Red Bug Lake Rd. #284 Winter Springs Florida, 32708 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $124.77 | $8,305.23 |

Page Subtotals:   $10,200.00   $1,894.77

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-01602 | Trustee Name: ARVIND MAHENDRU |
| Case Name: Diana Marie Foley | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX1850 |
| | Checking |
| Taxpayer ID No: XX-XXX1796 | Blanket Bond (per case limit): $32,583,498.00 |
| For Period Ending: 07/31/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/09/18 | 103 | Richard M Dauval<br>LeavenLaw<br>3900 First Street North, Suite 100<br>St. Petersburg, FL 33703 | 1/22/18-Second Amended Application for Compensation for Richard M Dauval, Trustee's Attorney, Fee: $4,411.00, Expenses: $264.14. doc#65 | 3110-000 | | $4,411.00 | $3,894.23 |
| 05/09/18 | 104 | Richard M Dauval<br>LeavenLaw<br>3900 First Street North, Suite 100<br>St. Petersburg, FL 33703 | 1/22/18-Second Amended Application for Compensation for Richard M Dauval, Trustee's Attorney, Fee: $4,411.00, Expenses: $264.14. doc#65 | 3120-000 | | $264.14 | $3,630.09 |
| 05/09/18 | 105 | Steve M. Vanderwilt, CPA<br>9940 Hood Road<br>Jacksonville, Florida  32257 | 7/14/17-Application for Compensation for Steven M. Vanderwilt, Accountant, Fee: $499.00, Expenses: $14.70 doc #62 | 3310-000 | | $499.00 | $3,131.09 |
| 05/09/18 | 106 | Steve M. Vanderwilt, CPA<br>9940 Hood Road<br>Jacksonville, Florida  32257 | 7/14/17-Application for Compensation for Steven M. Vanderwilt, Accountant, Fee: $499.00, Expenses: $14.70 doc #62 | 3320-000 | | $14.70 | $3,116.39 |
| 05/09/18 | 107 | T Mobile/T-Mobile Usa Inc<br>By American Infosource Lp As Agent<br>PO Box 248848<br>Oklahoma City OK 73124-8848 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $92.74 | $3,023.65 |
| | | | ($0.14) | 7990-000 | | | |
| | | T Mobile/T-Mobile Usa Inc | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($92.60) | 7100-000 | | | |
| 05/09/18 | 108 | Portfolio Recovery Associates, Llc<br>POB 12914<br>Norfolk Va 23541 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $3,023.65 | $0.00 |
| | | | ($4.61) | 7990-000 | | | |
| | | Portfolio Recovery Associates, Llc | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($3,019.04) | 7100-000 | | | |

| | | | Page Subtotals: | | $0.00 | $8,305.23 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $10,200.00 | $10,200.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,200.00 | $10,200.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,200.00 | $10,200.00 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |
|---|---:|---:|

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1850 - Checking | $10,200.00 | $10,200.00 | $0.00 |
|  | $10,200.00 | $10,200.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| **Total Allocation Receipts:** | $179,800.00 |
| **Total Net Deposits:** | $10,200.00 |
| **Total Gross Receipts:** | $190,000.00 |

Page Subtotals:    $0.00    $0.00